878

No. 73–47. LAMBERT ET VIR v. SUPREME COURT OF COLORADO. Sup. Ct. Colo. Motion to dispense with printing petition granted. Certiorari denied.

No. 73–183. BRADLEY v. DOHERTY ET AL. Ct. App. Cal., 1st App. Dist. Motion to dispense with printing petition granted. Certiorari denied.

No. 73–192. PERRELLO v. DISCIPLINARY COMMISSION OF THE INDIANA SUPREME COURT. Sup. Ct. Ind. Motion to dispense with printing petition granted. Certiorari denied.

No. 72–1508. NEW JERSEY ET AL. v. THOMAS. C. A. 3d Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 72–1614. MACDOUGALL, CORRECTION COMMISSIONER, ET AL. v. LAREAU. C. A. 2d Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 72–1653. DOOLING, U. S. DISTRICT JUDGE v. HILBERT. C. A. 2d Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 72–1714. PATTERSON, WARDEN v. JOHNSON. C. A. 10th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.